UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AMERISURE MUTUAL INSURANCE CO.,  )
                                 )
            Plaintiff,           )
                                 )
        vs.                      )        No. 4:06-CV-1308 (CEJ)
                                 )
MASCHMEYER LANDSCAPERS, INC.,    )
                                 )
            Defendant.           )

## ORDER

**IT IS HEREBY ORDERED** that the conference pursuant to Rule
16, Fed. R. Civ. P., scheduled for March 22, 2007, is hereby
**cancelled.** The conference will take place on March 15, 2007, at
10:00 A.M., as originally scheduled.




                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2007.